Case 7:23-cv-00110   Document 43   Filed on 02/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

(2023-145)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETICIA DELEON, Individually, as Administrator Of the ESTATE OF DAVID ROLANDO VILLARREAL GALINDO, and as Next Friend of ANA LETICIA VILLARREAL; and NORMA VILLARREAL § § § § § § VS. § § RANGE SERVANT AMERICA, INC., and § RANGE SERVANT AB § | CIVIL ACTION NO. 7:23-CV-00110


JURY DEMANDED |

## ORDER GRANTING JOINT AND AGREED STIPULATION OF DISMISSAL

CAME ON, BEFORE THIS HONORABLE COURT, the aforementioned Joint and Agreed Stipulation of Dismissal filed by the Plaintiffs and Defendant Range Servant America, Inc. This Honorable Court, having reviewed the Joint and Agreed Stipulation of Dismissal and other filings in this matter, finds that this matter has been resolved. Therefore,

**IT IS, HEREBY, ORDERED, ADJUDGED, AND DECREED**:

(1) That the Joint and Agreed Stipulation of Dismissal is hereby **GRANTED** in full;

(2) The Court finds that Leticia DeLeon has been appointed by the Hidalgo County, Texas Probate Court as the Independent Administratrix to act for the Estate of the Decedent and his heirs; that the parties have been adequately represented; and that no ad litem is necessary.

(4) That any and all claims and causes of action, by and between the Plaintiffs and Defendant, are hereby **DISMISSED WITH PREJUDICE**; and

(3) That all costs herein are to be borne by the Party incurring same.

SO ORDERED February 25, 2025, at McAllen, Texas.

*[Signature: Randy Crane]*
Randy Crane
United States District Judge